**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __ Plan   ☐ __ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Mireille Acce**    JOINT DEBTOR: _____    CASE NO.: **17-14284**
Last Four Digits of SS# **xxx-xx-8574**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $  **166.67**  for months  **1**  to  **10** ;
  B.  $  **27.35**   for months  **11** to  **36** ;
  C.  $  _____     for months  ___ to  ___ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $  **3,000.00**    TOTAL PAID $  **1,500.00**
                 Balance Due      $  **1,500.00**  payable $ **150.00**  /month  (Months  **1**  to  **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Nationstar Mortgage LLC**    Arrearage on Petition Date  $  **N/A**
Address: 8950 Cypress Waters Blvd, Coppell TX 75019
Arrears Payment  $  **N/A** /month  (Months _ to _)
Account No: **2645**    Regular Payment  $  **N/A** /month  (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Sierra Ridge Condominium I Association, Inc. | 820 NE 212th Terrace Unit 8, North Miami, FL 33179  $ 118,507.00 | 0% | $ 0.00 | To | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due  $ _____
             Payable   $ _____ /month  (Months _ to _)    Regular Payment $ _____

Unsecured Creditors:  Pay $ **13.33** /month (Months **13** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The debtor will pay the secured lender for her mortgage directly and outside the plan.
2. The debtor will pay the monthly condominium association fees directly and outside the plan.

**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Mireille Acce
**Mireille Acce**
Debtor
Date: **May 17, 2017**

LF-31 (rev. 01/08/10)