**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ **3AP**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Mireille Acce**       JOINT DEBTOR: _____       CASE NO.: **17-14284-AJC**
Last Four Digits of SS# **xxx-xx-8574**       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **1,422.94**  for months  **1**  to  **5** ;
  B.  $ **1,499.47**  for months  **6**  to  **36** ;
  C.  $ _____  for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **1,500.00**   TOTAL PAID $ **1,500.00**
                 Balance Due     $ **0.00**              _____ /month   (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Nationstar Mortgage LLC**         Arrearage on Petition Date  $ **3,828.99**
Address: 8950 Cypress Waters Blvd, Coppell TX 75019
                                    Arrears Payment  $ **106.36** /month  (Months **1** to **36**)
Account No: 2645                    Regular Payment  $ **797.36** /month  (Months **1** to **36**)

**Sierra Ridge Condominium I Association, Inc.**    Arrearage on Petition Date  $ **N/A**
c/o Wasserstein, P.A.
Address: 301 Yamato Road Suite 2199, Boca Raton, FL 33431
                                    Arrears Payment  $ **0.00** /month  (Months **0** to **0**)
Account No: _____                  Regular Payment  $ **359.15** /month  (Months **1** to **36**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Sierra Ridge Condominium I Association, Inc. | 820 NE 212th Terrace Unit 8 North Miami, FL 33179  $ 132,728.00 | 0% | $ 0.00 | To | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due  $ _____
              Payable    $ _____ /month  (Months __ to __ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **17.78** /month (Months **1** to **5**); Pay $ **86.65** /month (Months **6** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

1. The debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor hereby acknowledges that the deadline for providing the Trustee with her filed tax return is on or before May 15 of each year the case is pending and that the debtor shall provide the trustee with verification of her disposable income if her gross household income increases by more than 3% over the previous year's income.

2. The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Mireille Acce**
**Mireille Acce**
Debtor

Date:  **September 28, 2017**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                             Best Case Bankruptcy