

ORDERED in the Southern District of Florida on November 27, 2017.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MIREILLE ACCE                                   CASE NO. 17-14284-AJC
                                                CHAPTER 13
Debtor.

_____/

### ORDER GRANTING DEBTOR'S MOTION TO SHORTEN THE PREJUDICE PERIOD

THIS MATTER came before the Court on November 21, 2017, at 9:00 A.M., upon the Debtor's Motion to Shorten the Prejudice Period [DE #60]. For the reasons stated on the record, it is **ORDERED AND ADJUDGED that**:

1. The Motion is GRANTED and the prejudice period is reduced so that the Debtor may file a new case upon entry of this Order.

2. Sierra Ridge Condominium I Association, Inc., is not subject to the automatic stay and may schedule a foreclosure sale.

3. Sierra Ridge Condominium I Association, Inc., must schedule a hearing with the court at least ten (10) days prior to any foreclosure sale to provide the court with an update of the debtor's account.

###

**Submitted By:**
Verna Popo, Esq.
The Law Office of Verna Popo, P.A.
1801 NE 123rd Street, Suite 409
North Miami, FL 33181
Telephone: (305) 746-1908
Fax: (877) 412-0896

Attorney Verna Popo is directed to serve a copy of this order to all interested parties and file a certificate of service.