**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

MIREILLE ACCE,

    Debtor.
_____/

Case No. 17-14284-AJC

Chapter 13

**SIERRA RIDGE CONDOMINIUM I ASSOCIATION, INC.'S MOTION**
**FOR AUTHORIZATION TO ALLOW FOR FORECLOSURE SALE**

Creditor, Sierra Ridge Condominium I Association, Inc. ("Sierra Ridge"), by and through its undersigned counsel and in accordance with this Court's Order Granting Debtor's Motion to Shorten the Prejudice Period (the "Order") [ECF No. 63], files this Motion for Authorization to Allow for Foreclosure Sale, as follows:

1. Pursuant to paragraph 3 of the Order, the Court directed Sierra Ridge to schedule a hearing at least ten (10) days prior to any foreclosure sale of the real property located at 820 NE 212th Terrace, Unit 8, North Miami Beach, FL 33179 (the "Real Property") and to provide the Court with an update of the Debtor's account.

2. Sierra Ridge has obtained an amended final judgment of foreclosure setting the foreclosure sale of the Real Property for January 22, 2018.

3. Accordingly, Sierra Ridge requests the entry of an order allowing the January 22, 2018 foreclosure sale to go forward.

**WHEREFORE**, Sierra Ridge Condominium I Association, Inc. respectfully requests the entry of an order allowing the January 22, 2018 foreclosure sale to go forward and for such other appropriate relief.

Dated:  December 12, 2017				**WASSERSTEIN, P.A.**
						*Counsel for Sierra Ridge*
						301 Yamato Rd., Suite 2199
						Boca Raton, FL 33431
						Telephone:  (954) 353-2200

						By:  */s/ Mark S. Roher*
						       Mark S. Roher
						       Florida Bar No. 178098
						       Email:  mroher@markroherlaw.com
						       *Of Counsel to Wasserstein, P.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2017, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

						/s/ *Mark S. Roher*
						Mark S. Roher

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Verna Popo, Esq.
Counsel for Debtor
vpbklawyer@gmail.com

Nancy K. Neidich, Chapter 13 Trustee