

**ORDERED in the Southern District of Florida on January 12, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

MIREILLE ACCE,

    Debtor.
_____/

Case No. 17-14284-AJC

Chapter 13

**ORDER GRANTING
SIERRA RIDGE CONDOMINIUM I ASSOCIATION, INC.'S MOTION
FOR AUTHORIZATION TO ALLOW FOR FORECLOSURE SALE [ECF NO. 64]**

THIS MATTER came before the Court on January 11, 2018 at 10:30 p.m. for a hearing on the Motion for Authorization to Allow for Foreclosure Sale (the "Motion") [ECF No. 64] filed by Creditor, Sierra Ridge Condominium I Association, Inc. ("Sierra Ridge"). The Motion and Notice of Hearing [ECF No. 65] were properly served on Debtor's counsel, Verna Popo, Esq. [ECF No. 67]. Ms. Popo did not appear at the hearing or file any opposition to the Motion, the Debtor has not filed another bankruptcy case as of the time of the hearing, and the Court

having reviewed and considered the Motion and heard argument of counsel for Sierra Ridge, it is

**ORDERED** as follows:

1. The Motion is GRANTED;

2. Sierra Ridge is permitted to go forward with the January 22, 2018 sale of the real property located at 820 NE 212th Terrace, Unit 8, North Miami Beach, FL 33179 (the "Real Property"); and

3. In the event the Debtor files another bankruptcy case subsequent to this Order and prior to the sale and or Certificate of Title being issued for the Real Property, the automatic stay *shall not* apply to the Real Property; and

4. This order shall become effective immediately upon entry.

###

**Submitted by:**
Mark S. Roher, Esq.
Law Office of Mark S. Roher, P.A.
101 N.E. Third Ave., Suite 1518
Fort Lauderdale, Florida 33301
Telephone: (954) 353-2200
Email: mroher@markroherlaw.com

**Copies to:**

Mark S. Roher, Esq.

Attorney Roher is directed to serve copies of this order on all interested parties and to file a certificate of service.